DAVID J. MERRILL
Nevada Bar No. 6060
DAVID J. MERRILL, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 566-1935
Facsimile: (702) 993-8841
E-mail: david@djmerrillpc.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN WILHELM, BILL BIGGERSTAFF, DONNA DECAPRIO, ENRIQUE FERNANDEZ, BILL GRANFIELD, WARREN HEYMAN, MARVIN JONES, BOB MCDEVITT, WARRANT PEPICELLI, RICHARD RUMELT, AND HENRY TAMARIN,<br><br>            Plaintiffs,<br><br>      vs.<br><br>NOEL BEASLEY, HAROLD BOCK, GARY BONADONNA, LYNNE FOX, JEAN HERVEY, JULIE KELLY, WILFREDO LARANCUENT, DAVID MELMAN, RICHARD MONJE, HARRIS RAYNOR, EDGAR ROMNEY, CRISTINA VAZQUEZ, TERESA WOOD, JOHN AGNELLO, JAMES BRUBAKER, JOHN FOWLER, TOD GREENFIELD, ROBERT KOVACS, RICHARD KUETHER, PETER LINDENMEYER, BRIAN MCGRATH, MICHAEL MONTELONGO, HOMI PATEL, STEVEN THOMAS, TIMOTHY WEILER, AND NATIONAL RETIREMENT FUND,<br><br>            Defendants. | Case No.: 2:15-CV-00245-APG-(VCF) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO THE COMPLAINT**

**(First Request)**

1

In accordance with LR 6-1, 6-2, and 7-1, the parties stipulate as follows:

1. On February 19, 2015, Plaintiffs served John Fowler (the "First Served Defendant") with a copy of the Summons and Complaint.

2. In accordance with Fed. R. Civ. P. 4(a)(1)(A)(i), the First Served Defendant has up to and including March 12, 2015, to file a response to the Complaint.

3. However, undersigned defendants' counsel will serve as local counsel for all twenty-six defendants, including the First Served Defendant.

4. To enable counsel to coordinate the defense of all twenty-six defendants, avoid the time and expense of filing numerous separate responses to the Complaint, and to provide for acceptance of service for any defendants not yet served, and defendants agreeing not to contest the sufficiency of process or the sufficiency of service of process, the parties stipulate that all of the defendants, regardless of the date of service, shall have up to and including April 13, 2015, to file a response to the Complaint.

DATED this 10th day of March 2015.

| McCRACKEN, STEMERMAN & HOLSBERRY | DAVID J. MERRILL, P.C. |
|---|---|
| By: /s/ Sarah Grossman-Swenson<br>SARAH GROSSMAN-SWENSON<br>1630 S. Commerce Street, Suite A-1<br>Las Vegas, Nevada 89102<br>(702) 386-5107<br>Attorneys for Plaintiffs | By: /s/ David J. Merrill<br>DAVID J. MERRILL<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>(702) 566-1935<br>Attorneys for Defendants |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 11, 2015