**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Wilhelm, et. al.

        Plaintiff(s),

vs.

Beasley, et. al.

        Defendant(s).

Case #2:15-cv-00245-APG-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

___Ronald E. Richman___, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

___Schulte Roth & Zabel___
(firm name)

with offices at ___919 3rd. Ave___,
(street address)

___New York___, ___New York___, ___10022___,
(city) (state) (zip code)

___(212)756-2048___, ___ronald.richman@srz.com___.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___National Retirement Fund___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

|    |    |    |    |
|----|----|----|----|
| 1  | 3. That since **February 8, 1982** (date), Petitioner has been and presently is a |
| 2  | member in good standing of the bar of the highest Court of the State of **New York** (state) |
| 3  | where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or |
| 4  | from the clerk of the supreme court or highest admitting court of each state, territory, or insular |
| 5  | possession of the United States in which the applicant has been admitted to practice law certifying |
| 6  | the applicant's membership therein is in good standing. |
| 7  | 4. That Petitioner was admitted to practice before the following United States District |
| 8  | Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts |
| 9  | of other States on the dates indicated for each, and that Petitioner is presently a member in good |
| 10 | standing of the bars of said Courts. |

| Court | Date Admitted | Bar Number |
|-------|---------------|------------|
| See Attachment A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 1/15

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

New York.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 1/15

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF New York  )
COUNTY OF New York )

Ronald Richman, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

5th day of March, 2015.

adam B. _____
Notary Public or Clerk of Court

ADAM B. GARTNER
Notary Public, State of New York
No. 01GA6186272
Qualified in Nassau County
Commission Expires April 28, 2016

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___David J. Merrill___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

10161 Park Run Drive, Suite 150
(street address)

Las Vegas , Nevada , 89145 ,
(city)           (state)          (zip code)

(702)566-1935 , david@djmerrillpc.com .
(area code + telephone number)   (Email address)

4

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____David J. Merrill_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

_____RICHARD RUST_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____David J. Merrill_____
Designated Resident Nevada Counsel's signature

_____6060_____        _____david@djmerrillpc.com_____
Bar number                         Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

ATTACHMENT A – APPLICATION OF RONALD E. RICHMAN

**Federal Courts**

1. Admitted to United States Supreme Court – 10/7/1991

2. Admitted to U.S. Court of Appeals, First Circuit – 12/7/1988

3. Admitted to U.S. Court of Appeals, Second Circuit – 01/27/1984

4. Admitted to U.S. Court of Appeals, Third Circuit – 09/04/1986

5. Admitted to U.S. Court of Appeals, Sixth Circuit – 07/26/2001

6. Admitted to U.S. Court of Appeals, Seventh Circuit – 06/13/2014

7. Admitted to U.S. Court of Appeals, Eight Circuit – 07/11/2008

8. Admitted to U.S. Court of Appeals, Ninth Circuit – 06/25/1991

9. Admitted to U.S. District Court, Southern District of New York – 03/09/1982

10. Admitted to U.S. District Court, Eastern District of New York – 03/09/1982

11. Admitted to U.S. District Court, Western District of New York – 07/21/1982

12. Admitted to U.S. District Court, Northern District of New York – 12/13/1982

13. Admitted to U.S. District Court, Eastern District of Michigan – 08/21/2008

**State Courts**

14. New York State
    New York State Bar No. 1769108
    Admission Date: 1982

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## RONALD EDWARD RICHMAN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **February 8, 1982**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

March 4, 2015

Clerk of the Court

5487