**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

|  |  |
|---|---|
| Wilhelm, et. al. | Case #2:15-cv-00245-APG-VCF |
| Plaintiff(s), | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| vs. | |
| Beasley, et. al. | |
| Defendant(s). | FILING FEE IS $250.00 |

_____ Ronald E. Richman _____, Petitioner, respectfully represents to the Court:
　　　　　(name of petitioner)

1.　That Petitioner is an attorney at law and a member of the law firm of

_____ Schulte Roth & Zabel _____
　　　　　　　　　　　　(firm name)

with offices at _____ 919 3rd. Ave _____,
　　　　　　　　　　　　　　(street address)

____ New York ____, ____ New York ____, ____ 10022 ____,
　　　　(city)　　　　　　　　　　(state)　　　　　　　(zip code)

____ (212)756-2048 ____, ____ ronald.richman@srz.com ____.
(area code + telephone number)　　　　(Email address)

2.　That Petitioner has been retained personally or as a member of the law firm by

_____ National Retirement Fund _____ to provide legal representation in connection with
　　　　　　[client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

3.      That since _____February 8, 1982_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____New York_____
                                                                                        (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attachment A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

2

Rev. 1/15

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

New York.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:  (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 1/15

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __New York__ )

COUNTY OF __New York__ )

__Ronald Richman__ Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__5th__ day of __March__, __2015__

_____          **ADAM B. GARTNER**
Notary Public or Clerk of Court            Notary Public, State of New York
                                           No. 01GA6186272
                                           Qualified in Nassau County
                                           Commission Expires April 28, 2016

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
### THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate _____David J. Merrill_____,
                                                                          (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

above-entitled Court as associate resident counsel in this action. The address and email address of

said designated Nevada counsel is:

_____10161 Park Run Drive, Suite 150_____,
                                  (street address)

_____Las Vegas_____, _____Nevada_____, ___89145___
       (city)                   (state)         (zip code)

___(702)566-1935___, ___david@djmerrillpc.com___.
(area code + telephone number)        (Email address)

4

Rev. 1/15

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2   agreement and authorization for the designated resident admitted counsel to sign stipulations

3   binding on all of us.

4

5   **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7   The undersigned party(ies) appoint(s) _____ David J. Merrill _____ as

8   his/her/their Designated Resident Nevada Counsel in this case.

9

10  _____
    (party's signature)

11
    RICHARD RUST

12  _____
    (type or print party name, title)

13

14  _____
    (party's signature)

15

16  _____
    (type or print party name, title)

17  **CONSENT OF DESIGNEE**
    The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20  _____
    Designated Resident Nevada Counsel's signature

21  ___6060___        david@djmerrillpc.com
    Bar number         Email address

22

23
    APPROVED:
24
    Dated:  March 12, 2015
25

26  _____
    UNITED STATES DISTRICT JUDGE
27

28                          5                      Rev. 1/15

ATTACHMENT A – APPLICATION OF RONALD E. RICHMAN

**Federal Courts**

1.  Admitted to  United States Supreme Court – 10/7/1991

2.  Admitted to U.S. Court of Appeals, First Circuit – 12/7/1988

3.  Admitted to U.S. Court of Appeals, Second Circuit – 01/27/1984

4.  Admitted to U.S. Court of Appeals, Third Circuit – 09/04/1986

5.  Admitted to U.S. Court of Appeals, Sixth Circuit – 07/26/2001

6.  Admitted to U.S. Court of Appeals, Seventh Circuit – 06/13/2014

7.  Admitted to U.S. Court of Appeals, Eight Circuit – 07/11/2008

8.  Admitted to U.S. Court of Appeals, Ninth Circuit – 06/25/1991

9.  Admitted to U.S. District Court, Southern District of New York – 03/09/1982

10. Admitted to U.S. District Court, Eastern District of New York – 03/09/1982

11. Admitted to U.S. District Court, Western District of New York – 07/21/1982

12. Admitted to U.S. District Court, Northern District of New York – 12/13/1982

13. Admitted to U.S. District Court, Eastern District of Michigan – 08/21/2008

**State Courts**

14. New York State
    New York State Bar No. 1769108
    Admission Date: 1982

# Appellate Division of the Supreme Court
## of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## RONALD EDWARD RICHMAN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **February 8, 1982**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**March 4, 2015**

5487

_____
Clerk of the Court