| Attorney or Party without Attorney:<br>Sarah Grossman-Swenson Esq.<br>Law Offices Of: Davis, Cowell & Bowe, Llp.<br>595 Market Street<br>Suite #1400<br>San Francisco, CA 94105<br>Telephone No: 415-597-7200    FAX No: 415-597-7201<br>jarchain@dcbsf.com<br>Attorney for: Plaintiff | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, District of Nevada | | | | | |
| Plaintiff: John Wilhelm, et al.<br>Defendant: Noel Beasley, et al. | | | | | |
| **AFFIDAVIT OF SERVICE**<br>Summons in a Civil | Hearing Date: | Time: | Dept/Div: | | Case Number:<br>2:15-CV-00245-APG-VCF |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action Complaint;; Civil Cover Sheet; Certification of Interested Parties; Required by L.R. 10-6; Short Trial Rules; blank Agreement for Short Trial and Request for Approval; blank Agreement for Binding Short Trial and Request for Approval.

3. a. Party served:    Noel Beasley
   b. Person served:   Faena "Doe", Secretary/Person Authorized to Accept Service of Process on Behalf of the Defendant, White, Female, 40 Years Old, Blonde Hair, 5 Feet 6 Inches, 145 Pounds

4. Address where the party was served:   Workers United
   12 West 31st. Street
   12th. Floor
   New York, NY 10001

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Feb. 24, 2015 (2) at: 10:40AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:                              Fee for Service:    $105.00
   a. Emmad Gabbar
   b. D & R Legal Process Service, L.L.C.
      39159 Paseo Padre Parkway
      Suite #112
      Fremont, CA 94538
   c. (877) 797-9996, FAX (510) 797-9998

8. I declare under penalty of perjury under the laws of the State of NEVADA and under the laws of the United States Of America that the foregoing is true and correct.

Tue, Feb. 24, 2015            AFFIDAVIT OF SERVICE              (Emmad Gabbar)         dc&b.37357
                              Summons in a Civil