| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Sarah Grossman-Swenson Esq.<br>Law Offices Of: Davis, Cowell & Bowe, Llp.<br>595 Market Street<br>Suite #1400<br>San Francisco, CA 94105<br>Telephone No: 415-597-7200   FAX No: 415-597-7201<br>jarchain@dcbsf.com<br>Attorney for: Plaintiff | |
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, District of Nevada

Plaintiff: John Wilhelm, et al.
Defendant: Noel Beasley, et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons in a Civil** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:15-CV-00245-APG-VCF |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action Complaint;; Civil Cover Sheet; Certification of Interested Parties; Required by L.R. 10-6; Short Trial Rules; blank Agreement for Short Trial and Request for Approval; blank Agreement for Binding Short Trial and Request for Approval.

3. a. Party served:        Harold Bock
   b. Person served:       Melissa L. Sexton, Assistant Controller/Person Authorized to Accept Service of Process on Behalf of the Defendant, White, Female, 30 Years Old, Brown Hair, 5 Feet 8 Inches, 180 Pounds

4. Address where the party was served:    Workers United Mid Atlantic Regional Jt.
   5735 Industry Lane
   Building #C, Suite #101
   Frederick, MD 21704

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Feb. 20, 2015 (2) at: 11:20AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                                           Fee for Service:    $115.00
   a. Harry Hawbaker
   b. **D & R Legal Process Service, L.L.C.**
      39159 Paseo Padre Parkway
      Suite #112
      Fremont, CA 94538
   c. (877) 797-9996, FAX (510) 797-9998

8. I declare under penalty of perjury under the laws of the State of NEVADA and under the laws of the United States Of America that the foregoing is true and correct.

Mon, Feb. 23, 2015                    AFFIDAVIT OF SERVICE         (Harry Hawbaker)            dc&b.37368
                                      Summons in a Civil