| Attorney or Party without Attorney:<br>Sarah  Grossman-Swenson Esq.<br>Law Offices Of: Davis, Cowell & Bowe, Llp.<br>595 Market Street<br>Suite #1400<br>San Francisco, CA  94105 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 415-597-7200          FAX No: 415-597-7201 | | | | |
| jarchain@dcbsf.com | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court, District of Nevada | | | | |
| Plaintiff: John Wilhelm, et al. | | | | |
| Defendant: Noel Beasley, et al. | | | | |

| AFFIDAVIT OF SERVICE<br>Summons in a Civil | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:15-CV-00245-APG-VCF |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action Complaint;; Civil Cover Sheet; Certification of Interested Parties; Required by L.R. 10-6; Short Trial Rules; blank Agreement for Short Trial and Request for Approval; blank Agreement for Binding Short Trial and Request for Approval.

3.  a. Party served:                                      Gary Bonadonna

4.  Address where the party was served:          750 East Avenue
                                                                        Rochester, NY  14607

5.  I served the party:
    a. by personal service.  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Feb. 20, 2015 (2) at: 2:36PM

6.  The "Notice to the Person Served" (on the Summons) was completed as follows:
    a. as an individual defendant

7. Person Who Served Papers:                           Fee for Service:        $105.00
    a. David  Barrows
    b. D & R Legal Process Service, L.L.C.
       39159 Paseo Padre Parkway
       Suite #112
       Fremont, CA  94538
    c. (877) 797-9996, FAX (510) 797-9998

8.  I declare under penalty of perjury under the laws of the State of NEVADA and under the laws of the United States Of America that the foregoing is true and correct.

Mon, Feb. 23, 2015                   AFFIDAVIT OF SERVICE                    (David  Barrows)
                                              Summons in a Civil                                                        dc&b.37362