| Attorney or Party without Attorney: <br> Sarah Grossman-Swenson Esq. <br> Law Offices Of: Davis, Cowell & Bowe, Llp. <br> 595 Market Street <br> Suite #1400 <br> San Francisco, CA  94105 <br> Telephone No: 415-597-7200   FAX No: 415-597-7201 <br> jarchain@dcbsf.com <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, District of Nevada | |
| Plaintiff: John Wilhelm, et al. <br> Defendant: Noel Beasley, et al. | |

| **AFFIDAVIT OF SERVICE** <br> **Summons in a Civil** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:15-CV-00245-APG-VCF |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action Complaint;; Civil Cover Sheet; Certification of Interested Parties; Required by L.R. 10-6; Short Trial Rules; blank Agreement for Short Trial and Request for Approval; blank Agreement for Binding Short Trial and Request for Approval.

3. a. Party served:                    Lynne Fox

4. Address where the party was served:   Workers United Philadelphia Joint Board
                                         22 South 22nd. Street
                                         Philadelphia, PA  19103

5. I served the party:
   b. by substituted service. On: Tue., Feb. 24, 2015 at: 1:48PM by leaving the copies with or in the presence of:
                 Mildred Saldana, Secretary-Treasurer, Hispanic, Female, 55 Years Old, Black
                 Hair, Glasses Over Eyes, 5 Feet 2 Inches, 130 Pounds
   (1) (Business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served.
       I informed him or her of the general nature of the papers. The Defendant's Residence address is unknown.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:                              Fee for Service:      $78.00
   a. Ed Robinson
   b. D & R Legal Process Service, L.L.C.
      39159 Paseo Padre Parkway
      Suite #112
      Fremont, CA  94538
   c. (877) 797-9996, FAX (510) 797-9998

8. I declare under penalty of perjury under the laws of the State of NEVADA and under the laws of the United States Of America that the foregoing is true and correct.

Tue, Feb. 24, 2015                     AFFIDAVIT OF SERVICE          *Ed Robinson*          dc&b.37371
                                       Summons in a Civil            (Ed Robinson)

| Attorney or Party without Attorney: Sarah Grossman-Swenson Esq.<br>Law Offices Of: Davis, Cowell & Bowe, Llp.<br>595 Market Street<br>Suite #1400<br>San Francisco, CA 94105<br>Telephone No: 415-597-7200   FAX No: 415-597-7201<br>jarchain@dcbsf.com<br>Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, District of Nevada | | | | |
| Plaintiff: John Wilhelm, et al. | | | | |
| Defendant: Noel Beasley, et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:15-CV-00245-APG-VCF |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action Complaint;; Civil Cover Sheet; Certification of Interested Parties; Required by L.R. 10-6; Short Trial Rules; blank Agreement for Short Trial and Request for Approval; blank Agreement for Binding Short Trial and Request for Approval.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:           Tue., Feb. 24, 2015
   b. Place of Mailing:          Fremont, CA 94538
   c. Addressed as follows:      Lynne Fox
                                 Workers United Philadelphia Joint Board
                                 22 South 22nd. Street
                                 Philadelphia, PA 19103

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Feb. 24, 2015 in the ordinary course of business.

5. Person Serving                                         Fee for Service:    $78.00
   a. Jason M. Burke, CCPS.
   b. D & R Legal Process Service, L.L.C.
      39159 Paseo Padre Parkway
      Suite #112
      Fremont, CA 94538
   c. (877) 797-9996, FAX (510) 797-9998

8. *I declare under penalty of perjury under the laws of the State of NEVADA and under the laws of by Jason M. Burke, CCPS. America that the foregoing is true and correct.*

Tue, Feb. 24, 2015                    AFFIDAVIT OF SERVICE         (Jason M. Burke, CCPS.)         dc&b.37371
                                             By Mail

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Sarah Grossman-Swenson Esq. <br> Law Offices Of: Davis, Cowell & Bowe, Llp. <br> 595 Market Street <br> Suite #1400 <br> San Francisco, CA 94105 <br> Telephone No: 415-597-7200   FAX: No: 415-597-7201 | | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, District of Nevada | | | | | |
| Plaintiff: John Wilhelm, et al. | | | | | |
| Defendant: Noel Beasley, et al. | | | | | |
| **Declaration of Due Diligence** | Hearing Date: | | Time: | Dept/Div: | Case Number: <br> 2:15-CV-00245-APG-VCF |

1. I, Ed Robinson, and any employee or independent contractors retained by D & R Legal Process Service, L.L.C. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Lynne Fox as follows:

2. **Documents:** Summons in a Civil Action Complaint;; Civil Cover Sheet; Certification of Interested Parties; Required by L.R. 10-6; Short Trial Rules; blank Agreement for Short Trial and Request for Approval; blank Agreement for Binding Short Trial and Request for Approval.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 02/20/15 | 4:00pm | Business | Not In; Attempt made by: Ed Robinson. Attempt at: Workers United Philadelphia Joint Board 22 South 22nd. Street Philadelphia, PA 19103. |
| Mon | 02/23/15 | 10:30am | Business | Not In; Attempt made by: Ed Robinson. Attempt at: Workers United Philadelphia Joint Board 22 South 22nd. Street Philadelphia, PA 19103. |
| Mon | 02/23/15 | 3:30pm | Business | Not In; Attempt made by: Ed Robinson. Attempt at: Workers United Philadelphia Joint Board 22 South 22nd. Street Philadelphia, PA 19103. |
| Tue | 02/24/15 | 1:48pm | Business | Substituted Service on: Lynne Fox Business - Workers United Philadelphia Joint Board 22 South 22nd. Street Philadelphia, PA 19103 by Serving: party in item 3.a. a person at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: Mildred Saldana, Secretary-Treasurer, Hispanic, Female, 55 Years Old, Black Hair, Glasses Over Eyes, 5 Feet 2 Inches, 130 Pounds. Served by: Ed Robinson |
| Tue | 02/24/15 | | | Mailed copy of Documents to: Lynne Fox |

3. *Person Executing*
   a. Ed Robinson
   b. D & R Legal Process Service, L.L.C.
      39159 Paseo Padre Parkway, Registration # 555
      Suite #112
      Fremont, CA 94538
   c. (877) 797-9996, FAX (510) 797-9998

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee for service was:* $78.00
   e. *I am:* (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:  555
      (iii) County:  Alameda

4. I declare under penalty of perjury under the laws of the State of Nevada and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Feb. 24, 2015

                                                                    *Ed Robinson* (signature)
                        **Declaration of Due Diligence**            (Ed Robinson)

dc&b.37371