| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| Sarah Grossman-Swenson Esq.<br>Law Offices Of: Davis, Cowell & Bowe, Llp.<br>595 Market Street<br>Suite #1400<br>San Francisco, CA 94105 | | | |

Telephone No: 415-597-7200     FAX No: 415-597-7201

jarchain@dcbsf.com     Ref. No. or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:

United States District Court, District of Nevada

Plaintiff: John Wilhelm, et al.

Defendant: Noel Beasley, et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons in a Civil** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:15-CV-00245-APG-VCF |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action Complaint;; Civil Cover Sheet; Certification of Interested Parties; Required by L.R. 10-6; Short Trial Rules; blank Agreement for Short Trial and Request for Approval; blank Agreement for Binding Short Trial and Request for Approval.

*3. a. Party served:*     Jean Hervey

*4. Address where the party was served:*     Omni Hotel
1 West Exchange Street
Providence, RI 02903

*5. I served the party:*
  a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Feb. 26, 2015 (2) at: 8:10AM
6. The "Notice to the Person Served" (on the Summons) was completed as follows:
  a. as an individual defendant

*7. Person Who Served Papers:*     *Fee for Service:*     $135.00
  a. Charles Balboni
  b. **D & R Legal Process Service, L.L.C.**
  39159 Paseo Padre Parkway
  Suite #112
  Fremont, CA 94538
  c. (877) 797-9996, FAX (510) 797-9998

*8. I declare under penalty of perjury under the laws of the State of NEVADA and under the laws of the United States Of America that the foregoing is true and correct.*

Thu, Feb. 26, 2015     AFFIDAVIT OF SERVICE
Summons in a Civil     (Charles Balboni)     dc&b.37434