| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Sarah Grossman-Swenson Esq.<br>Law Offices Of: Davis, Cowell & Bowe, Llp.<br>595 Market Street<br>Suite #1400<br>San Francisco, CA 94105 | | | | | |
| Telephone No: 415-597-7200     FAX No: 415-597-7201 | | | | | |
| jarchain@dcbsf.com | | Ref. No. or File No.: | | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | | |
| United States District Court, District of Nevada | | | | | |
| Plaintiff: John Wilhelm, et al. | | | | | |
| Defendant: Noel Beasley, et al. | | | | | |
| **AFFIDAVIT OF SERVICE**<br>Summons in a Civil | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:15-CV-00245-APG-VCF | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action Complaint;; Civil Cover Sheet; Certification of Interested Parties; Required by L.R. 10-6; Short Trial Rules; blank Agreement for Short Trial and Request for Approval; blank Agreement for Binding Short Trial and Request for Approval.

3. a. Party served: Wilfredo Larancuent

4. Address where the party was served: Omni Hotel
   1 West Exchange Street
   Providence, RI 02903

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Feb. 26, 2015 (2) at: 8:05AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:          Fee for Service:    $135.00
   a. Charles Balboni
   b. D & R Legal Process Service, L.L.C.
      39159 Paseo Padre Parkway
      Suite #112
      Fremont, CA 94538
   c. (877) 797-9996, FAX (510) 797-9998

8. I declare under penalty of perjury under the laws of the State of NEVADA and under the laws of the United States Of America that the foregoing is true and correct.

Thu, Feb. 26, 2015        AFFIDAVIT OF SERVICE
                          Summons in a Civil          (Charles Balboni)       dc&b.37433