Richard G. McCracken (SBN 2748)
Paul L. More (SBN 9628)
Sarah Grossman-Swenson (SBN 11979)
McCRACKEN, STEMERMAN & HOLSBERRY
1630 S. Commerce Street, Suite A-1
Las Vegas, NV 89102
Tel:   702-386-5107
Fax:   702-386-9848
Email: rmccracken@dcbsf.com
       pmore@dcbsf.com
       sgs@dcbsf.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN WILHELM, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>NOEL BEASLEY, et al.,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-00245-APG-VCF |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paul L. More, Esq., of the law firm of McCracken, Stemerman & Holsberry, does hereby appear on behalf of Plaintiffs.

Dated:  April 30, 2015　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　McCRACKEN, STEMERMAN & HOLSBERRY

　　　　　　　　　　　　　　　　By: */s/ Paul L. More*
　　　　　　　　　　　　　　　　　　　Richard G. McCracken
　　　　　　　　　　　　　　　　　　　Paul L. More
　　　　　　　　　　　　　　　　　　　Sarah Grossman-Swenson

　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of McCracken, Stemerman & Holsberry and that on this 30th day of April, 2015, I caused to be served a true and correct copy of the above and foregoing:

**NOTICE OF APPEARANCE**

via ECF filing, properly addressed to the following:

Taleah E. Jennings
Ronald E. Richman
Schulte Roth & Zabel
919 3rd Ave
New York, NY 10022
Email: taleah.jennings@srz.com
         ronald.richman@srz.com

*Attorneys for Defendants*

David J. Merrill
David J. Merrill, P.C.
10161 Park Run Drive
Suite 150
Las Vegas , NV   89145
Email: david@djmerrillpc.com

*Attorney for Defendants*

                                        /s/ Dinh Luong
                                        Dinh Luong