**Transferred case has been opened**
**NYSD_ECF_Pool**  to: InterDistrictTransfer_NVD                    05/27/2015 07:09 AM

```
CASE: 2:15-cv-00245

DETAILS: Case transferred from Nevada
has been opened in Southern District of New York
as case 1:15-cv-04029, filed 05/27/2015.
```